| Type | Date | Num | Account | Debit | |
|---|---|---|---|---|---|
| Invoice | 01/31/2012 | 12-0958 | 1510 · Texas811 | $ 620.35 | |
| Invoice | 02/29/2012 | 12-2298 | 1510 · Texas811 | $ 603.25 | |
| Invoice | 03/31/2012 | 12-3864 | 1510 · Texas811 | $ 723.90 | |
| Invoice | 04/30/2012 | 12-5249 | 1510 · Texas811 | $ 670.70 | |
| Invoice | 05/31/2012 | 12-6396 | 1510 · Texas811 | $ 802.75 | |
| Invoice | 06/30/2012 | 12-7940 | 1510 · Texas811 | $ 1,102.00 | |
| Invoice | 07/31/2012 | 12-9355 | 1510  Texas811 | $ 1,661.55 | |
| Invoice | 08/31/2012 | 12-10514 | 1510 · Texas811 | $ 2,181.20 | |
| Invoice | 09/30/2012 | 12-12071 | 1510 · Texas811 | $ 1,886.70 | |
| Invoice | 10/31/2012 | 12-13532 | 1510 · Texas811 | $ 2,149.85 | |
| Invoice | 11/30/2012 | 12-14692 | 1510 · Texas811 | $ 1,892.40 | |
| Invoice | 12/31/2012 | 12-16230 | 1510 · Texas811 | $ 1,627.35 | |
| Invoice | 01/31/2013 | 13-00749 | 1510 · Texas811 | $ 2,104.25 | |
| Invoice | 02/28/2013 | 13-01911 | 1510 · Texas811 | $ 1,960.80 | |
| Invoice | 03/31/2013 | 13-03472 | 1510 · Texas811 | $ 2,099.50 | |
| Invoice | 04/30/2013 | 13-04917 | 1510 · Texas811 | $ 2,312.30 | |
| Invoice | 05/31/2013 | 13-06106 | 1510 · Texas811 | $ 2,391.15 | |
| Invoice | 06/30/2013 | 13-07729 | 1510 · Texas811 | $ 2,211.60 | |
| Invoice | 07/31/2013 | 13-09205 | 1510 · Texas811 | $ 2,489.95 | |
| Invoice | 08/31/2013 | 13-10404 | 1510 · Texas811 | $ 2,581.15 | |
| Invoice | 09/30/2013 | 13-11986 | 1510 · Texas811 | $ 2,553.60 | |
| Invoice | 10/31/2013 | 13-13479 | 1510 · Texas811 | $ 2,712.25 | |
| | | | | $ 39,338.55 | [41,409 messages @ $0.95 each] |
| Payment | 01/30/2012 | 281129 | 1550 · Undeposited Funds | $ 469.30 | |
| Payment | 03/05/2012 | 282047 | 1550 · Undeposited Funds | $ 620.35 | |
| Payment | 03/23/2012 | 282538 | 1550 · Undeposited Funds | $ 603.25 | |
| Payment | 05/03/2012 | 283776 | 1550 · Undeposited Funds | $ 723.90 | |
| Payment | 05/23/2012 | 284341 | 1550 · Undeposited Funds | $ 670.70 | |
| Payment | 06/20/2012 | 285144 | 1550 · Undeposited Funds | $ 802.75 | |
| Payment | 08/08/2012 | 286145 | 1550 · Undeposited Funds | $ 1,102.00 | |
| Payment | 08/17/2012 | 286498 | 1550 · Undeposited Funds | $ 1,661.55 | |
| Payment | 09/24/2012 | | 1550 · Undeposited Funds | $ 2,181.20 | |
| Payment | 10/18/2012 | | 1550 · Undeposited Funds | $ 1,886.70 | |
| Payment | 12/03/2012 | | 1550 · Undeposited Funds | $ 2,149.85 | |
| Payment | 12/18/2012 | | 1550 · Undeposited Funds | $ 1,892.40 | |
| Payment | 01/22/2013 | | 1550 · Undeposited Funds | $ 1,627.35 | |
| Payment | 02/15/2013 | | 1550 · Undeposited Funds | $ 2,104.25 | |
| Payment | 03/22/2013 | | 1550 · Undeposited Funds | $ 1,960.80 | |
| Payment | 04/15/2013 | | 1550 · Undeposited Funds | $ 2,099.50 | |
| Payment | 05/14/2013 | | 1550 · Undeposited Funds | $ 2,312.30 | |
| Payment | 06/18/2013 | | 1550 · Undeposited Funds | $ 2,391.15 | |
| Payment | 07/17/2013 | | 1550 · Undeposited Funds | $ 2,211.60 | |
| Payment | 08/21/2013 | | 1550 · Undeposited Funds | $ 2,489.95 | |
| Payment | 09/24/2013 | | 1550 · Undeposited Funds | $ 2,581.15 | |
| Payment | 10/22/2013 | | 1550 · Undeposited Funds | $ 2,553.60 | $ 37,095.60 |

# MOTION EX. B  - Stake Center Proposed Ex. 15

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX  75267
(972) 231-5497
Tax ID:  75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 1/31/2012 | 12-0958 |

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

PAID 03/05/2012

| DUE DATE |
|----------|
| 3/1/2012 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Advance Billing for first 100 messages in 2012. | 100 | 0.95 | 95.00 |
| Message fees for January 2012/LIX | 506 | 0.95 | 480.70 |
| Message fees for January 2012/LOX | 147 | 0.95 | 139.65 |
| Credit for first 100 messages in 2012 | | -95.00 | -95.00 |

GO GREEN:  If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|---|---|
| **Total** | $620.35 |
| **Payments/Credits** | $-620.35 |
| **Balance Due** | $0.00 |

**TEXAS811 000010**

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX  75267
(972) 231-5497
Tax ID: 75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 2/29/2012 | 12-2298 |

PAID 03/23/2012

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 3/30/2012 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message Fees for February 2012/LIX | 455 | 0.95 | 432.25 |
| Message Fees for February 2012/LOX | 180 | 0.95 | 171.00 |

GO GREEN:  If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| Total | $603.25 |
|-------|---------|
| **Payments/Credits** | $-603.25 |
| **Balance Due** | $0.00 |

TEXAS811 000011

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX 75267
(972) 231-5497
Tax ID: 75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 3/31/2012 | 12-3864 |

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| | DUE DATE |
|--|----------|
| | 4/30/2012 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for March 2012/LIX | 603 | 0.95 | 572.85 |
| Message fees for March 2012/LOX | 159 | 0.95 | 151.05 |

| | |
|--|--|
| GO GREEN: If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org. | **Total** $723.90 |
| | **Payments/Credits** $-723.90 |
| | **Balance Due** $0.00 |

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX  75267
(972) 231-5497
Tax ID:  75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 4/30/2012 | 12-5249 |

**PAID 05/23/2012**

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| | DUE DATE |
|--|----------|
| | 5/30/2012 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for April 2012/LIX | 519 | 0.95 | 493.05 |
| Message fees for April 2012/LOX | 187 | 0.95 | 177.65 |

GO GREEN:  If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| Total | $670.70 |
|-------|---------|
| **Payments/Credits** | $-670.70 |
| **Balance Due** | $0.00 |

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX 75267
(972) 231-5497
Tax ID: 75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 5/31/2012 | 12-6396 |

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| | DUE DATE |
|--|----------|
| | 6/30/2012 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for May 2012/LIX | 585 | 0.95 | 555.75 |
| Message fees for May 2012/LOX | 260 | 0.95 | 247.00 |

GO GREEN: If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|--|--|
| **Total** | $802.75 |
| **Payments/Credits** | $-802.75 |
| **Balance Due** | $0.00 |

PAID 06/20/2012

**TEXAS811 000014**

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX 75267
(972) 231-5497
Tax ID: 75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 6/30/2012 | 12-7940 |

PAID 08/08/2012

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| | DUE DATE |
|-|----------|
| | 7/30/2012 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for June 2012/LIX | 825 | 0.95 | 783.75 |
| Message fees for June 2012/LOX | 335 | 0.95 | 318.25 |

GO GREEN: If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| Total | $1,102.00 |
|-------|-----------|
| **Payments/Credits** | $-1,102.00 |
| **Balance Due** | $0.00 |

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX 75267
(972) 231-5497
Tax ID: 75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 7/31/2012 | 12-9355 |

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 8/30/2012 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for July 2012/LIX | 1,141 | 0.95 | 1,083.95 |
| Message fees for July 2012/LOX | 608 | 0.95 | 577.60 |

**GO GREEN:** If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| Total | $1,661.55 |
|-------|-----------|
| **Payments/Credits** | $-1,661.55 |
| **Balance Due** | $0.00 |

**TEXAS811 000016**

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX  75267
(972) 231-5497
Tax ID:  75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 8/31/2012 | 12-10514 |

**PAID**
**09/24/2012**

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 9/30/2012 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for August 2012/LIX | 1,349 | 0.95 | 1,281.55 |
| Message fees for August 2012/LOX | 947 | 0.95 | 899.65 |

GO GREEN:  If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|---|---|
| **Total** | $2,181.20 |
| **Payments/Credits** | $-2,181.20 |
| **Balance Due** | $0.00 |

TEXAS811 000017

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX 75267
(972) 231-5497
Tax ID: 75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 9/30/2012 | 12-12071 |

**PAID**
10/18/2012

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| | DUE DATE |
|--|----------|
| | 10/30/2012 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for September 2012/LIX | 1,171 | 0.95 | 1,112.45 |
| Message fees for September 2012/LOX | 815 | 0.95 | 774.25 |

GO GREEN: If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|--|--|
| **Total** | $1,886.70 |
| **Payments/Credits** | $-1,886.70 |
| **Balance Due** | $0.00 |

**TEXAS811 000018**

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX  75267
(972) 231-5497
Tax ID:  75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 10/31/2012 | 12-13532 |

PAID
12/03/2012

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 11/30/2012 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message Fees for October 2012/LIX | 1,347 | 0.95 | 1,279.65 |
| Message Fees for October 2012/LOX | 916 | 0.95 | 870.20 |

GO GREEN:  If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| Total | $2,149.85 |
|-------|-----------|
| **Payments/Credits** | $-2,149.85 |
| **Balance Due** | $0.00 |

**TEXAS811 000019**

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX  75267
(972) 231-5497
Tax ID:  75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 11/30/2012 | 12-14692 |

**PAID**
12/18/2012

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 12/30/2012 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for November 2012/LIX | 1,051 | 0.95 | 998.45 |
| Message fees for November 2012/LOX | 941 | 0.95 | 893.95 |

GO GREEN:  If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|---|---|
| **Total** | $1,892.40 |
| **Payments/Credits** | $-1,892.40 |
| **Balance Due** | $0.00 |

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX  75267
(972) 231-5497
Tax ID:  75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 12/31/2012 | 12-16230 |

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 1/30/2013 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for December 2012/LIX | 954 | 0.95 | 906.30 |
| Message fees for December 2012/LOX | 759 | 0.95 | 721.05 |

**GO GREEN:**  If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|---|---|
| **Total** | $1,627.35 |
| **Payments/Credits** | $-1,627.35 |
| **Balance Due** | $0.00 |

PAID
01/22/2013

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX 75267
(972) 231-5497
Tax ID: 75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 1/31/2013 | 13-00749 |

**PAID**
**02/15/2013**

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 3/2/2013 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message Fees for January 2013/LIX | 1,143 | 0.95 | 1,085.85 |
| Message Fees for January 2013/LOX | 1,072 | 0.95 | 1,018.40 |

GO GREEN: If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|--|--|
| **Total** | $2,104.25 |
| **Payments/Credits** | $-2,104.25 |
| **Balance Due** | $0.00 |

**TEXAS811 000022**

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX  75267
(972) 231-5497
Tax ID:  75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 2/28/2013 | 13-01911 |

PAID 03/22/2013

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 3/30/2013 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message Fees for February 2013/LIX | 1,071 | 0.95 | 1,017.45 |
| Message Fees for February 2013/LOX | 993 | 0.95 | 943.35 |

GO GREEN:  If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|---|---|
| **Total** | $1,960.80 |
| **Payments/Credits** | $-1,960.80 |
| **Balance Due** | $0.00 |

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX 75267
(972) 231-5497
Tax ID: 75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 3/31/2013 | 13-03472 |

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

**PAID 04/15/2013**

| | DUE DATE |
|--|----------|
| | 4/30/2013 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message Fees for March 2013/LIX | 1,097 | 0.95 | 1,042.15 |
| Message Fees for March 2013/LOX | 1,113 | 0.95 | 1,057.35 |

GO GREEN: If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| Total | $2,099.50 |
|-------|-----------|
| **Payments/Credits** | $-2,099.50 |
| **Balance Due** | $0.00 |

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX 75267
(972) 231-5497
Tax ID: 75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 4/30/2013 | 13-04917 |

**PAID**
05/14/2013

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 5/30/2013 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message Fees for April 2013/LIX | 1,268 | 0.95 | 1,204.60 |
| Message Fees for April 2013/LOX | 1,166 | 0.95 | 1,107.70 |

GO GREEN: If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|---|---|
| **Total** | $2,312.30 |
| **Payments/Credits** | $-2,312.30 |
| **Balance Due** | $0.00 |

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX  75267
(972) 231-5497
Tax ID:  75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 5/31/2013 | 13-06106 |

**PAID**
06/18/2013

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 6/30/2013 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message Fees for May 2013/LIX | 1,431 | 0.95 | 1,359.45 |
| Message Fees for May 2013/LOX | 1,086 | 0.95 | 1,031.70 |

**GO GREEN:**  If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|---|---|
| **Total** | $2,391.15 |
| **Payments/Credits** | $-2,391.15 |
| **Balance Due** | $0.00 |

TEXAS811 000026

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX 75267
(972) 231-5497
Tax ID: 75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 6/30/2013 | 13-07729 |

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

PAID 07/17/2013

| | DUE DATE |
|--|----------|
| | 7/30/2013 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for June 2013/LIX/ | 1,328 | 0.95 | 1,261.60 |
| Message fees for June 2013/LOX/ | 1,000 | 0.95 | 950.00 |

GO GREEN: If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| Total | $2,211.60 |
|-------|-----------|
| **Payments/Credits** | $-2,211.60 |
| **Balance Due** | $0.00 |

TEXAS811 000027

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX  75267
(972) 231-5497
Tax ID:  75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 7/31/2013 | 13-09205 |

**PAID**
08/21/2013

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 8/30/2013 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for July 2013/LIX/ | 1,527 | 0.95 | 1,450.65 |
| Message fees for July 2013/LOX/ | 1,094 | 0.95 | 1,039.30 |

**GO GREEN:** If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|--|--|
| **Total** | $2,489.95 |
| **Payments/Credits** | $-2,489.95 |
| **Balance Due** | $0.00 |

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX 75267
(972) 231-5497
Tax ID: 75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 8/31/2013 | 13-10404 |

**PAID**
09/24/2013

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 9/30/2013 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for August 2013/LIX/ | 1,432 | 0.95 | 1,360.40 |
| Message fees for August 2013/LOX/ | 1,285 | 0.95 | 1,220.75 |

GO GREEN: If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|---|---|
| **Total** | $2,581.15 |
| **Payments/Credits** | $-2,581.15 |
| **Balance Due** | $0.00 |

**TEXAS811 000029**

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX 75267
(972) 231-5497
Tax ID: 75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 9/30/2013 | 13-11986 |

**PAID**
**10/22/2013**

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 10/30/2013 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for September 2013/LIX/ | 1,521 | 0.95 | 1,444.95 |
| Message fees for September 2013/LOX/ | 1,167 | 0.95 | 1,108.65 |

GO GREEN: If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|---|---|
| **Total** | $2,553.60 |
| **Payments/Credits** | $-2,553.60 |
| **Balance Due** | $0.00 |

TEXAS811 000030

**Texas Excavation Safety System, Inc.**
P.O. Box 678058
Dallas, TX  75267
(972) 231-5497
Tax ID:  75-1945057



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 10/31/2013 | 13-13479 |

**PAID 11/27/2013**

| BILL TO | ADDITIONAL INFORMATION |
|---------|------------------------|
| Logix Communications, LP<br>Attn: Terry Burnside<br>2950 N Loop W, #800<br>Houston, TX 77092 | |

| DUE DATE |
|----------|
| 11/30/2013 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Message fees for October 2013/LIX/ | 1,723 | 0.95 | 1,636.85 |
| Message fees for October 2013/LOX/ | 1,132 | 0.95 | 1,075.40 |

GO GREEN:  If you would like to receive your invoices by e-mail, please call (972) 231-5497 or e-mail Administration@Texas811.org.

| | |
|---|---|
| **Total** | $2,712.25 |
| **Payments/Credits** | $-2,712.25 |
| **Balance Due** | $0.00 |